**Kate L. Moore, OSB 043342**
Email: kmoore@dunncarney.com
**Eric A. Kekel, OSB No. 923512**
Email: ekekel@dunncarney.com
**Lauren J. Russell, OSB 154158**
Email: lrussell@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
Telephone:    503.224.6440
Facsimile:    503.224.7324

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANTHONY BUTLER and JOANN BUTLER,<br><br>            Plaintiffs,<br><br>    v.<br><br>PATRICK ELLSBERG and VICTORIA ELLSBERG,<br><br>            Defendants. | No. 3:20-cv-00038-SI<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS** |

**TO:**      **CLERK OF THE COURT**

**AND TO:**   **All Parties and their counsel**

PLEASE TAKE NOTICE that Eric A. Kekel of Dunn Carney Allen Higgins & Tongue, LLP, 851 SW Sixth Avenue, Suite 1500, Portland, Oregon 97204, is appearing as co-counsel for defendants in this matter.

Dated this 11th day of August, 2020.

        DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

        *s/ Eric A. Kekel*
        **Kate L. Moore, OSB 043342**
        Email: kmoore@dunncarney.com
        **Eric A. Kekel, OSB No. 923512**
        Email:  ekekel@dunncarney.com
        **Lauren J. Russell, OSB 154158**
        Email: lrussell@dunncarney.com

        Telephone: 503.224.6440
        Facsimile: 503.224.7324
        Attorneys for Defendants